# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMES A. JALOVEC,
                Plaintiff,

v.                                                Case No. 05-C-250

SYNAGRO MIDWEST, INC.,
                Defendant.

## ORDER DISMISSING CAUSE OF ACTION

Based upon the stipulation of the parties to this action and upon the motion to dismiss Plaintiff's Second Cause of Action;

IT IS HEREBY ORDERED:

1. That Plaintiff's Second Cause of Action: Defamation, is hereby DISMISSED.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 25th day of April, 2007.

                                                        BY THE COURT:

                                                        s/AARON E. GOODSTEIN
                                                        United States Magistrate Judge