UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**JAMES JALOVEC,**
        Plaintiff,

    v.                                          Case No. **05-C-250**

**SYNAGRO MIDWEST, INC.,**
        Defendant.

**ORDER**

On August 8, 2007, the court held a hearing to discuss the Motion to Withdraw as Counsel filed by plaintiff's counsel. The plaintiff, James Jalovec, appeared in person along with attorneys Thad Jelinski and Michael Anderson. Appearing on behalf of the defendant was attorney Katherine Sleeker. The parties discussed the motion, as well as the status of this case. The defendant indicated that it took no position as to the withdrawal and would be willing, should the court grant the motion, to adjourn the trial date to allow Mr. Jalovec to obtain new counsel. Also, it was noted that this matter is set for mediation before Magistrate Judge William Callahan on August 23, 2007.

Based on the information presented, and for reasons more fully stated on the record,

IT IS ORDERED:

1. The parties will go forward with the mediation on August 23, 2007. The plaintiff and his counsel are to work out a reasonable fee for the mediation process.

2. The court will take the motion to withdraw under advisement until the mediation has been completed. Counsel for the plaintiff is to promptly notify this court of the result. This court will thereafter issue a decision on the motion.

3. If the case is not resolved by mediation, and this litigation proceeds, the court will reschedule the date of the Final Pretrial Conference in order to give counsel adequate preparation time. Any rescheduling of the trial date will depend on the resolution of the motion to withdraw.

Dated at Milwaukee, Wisconsin, this 9th day of August, 2007.

s/AARON E. GOODSTEIN  
UNITED STATES MAGISTRATE JUDGE