# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JAMES A JALOVEC**,                         **JUDGMENT IN A CIVIL CASE**
       Plaintiff,

      v.                               CASE NUMBER: **05-C-250**

**SYNAGRO MIDWEST, INC.,**
       Defendant.

☒    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   1. As to James A. Jalovec's claim against Synagro Midwest, Inc., finding for the Plaintiff and against the Defendant.

   2. As to Synagro Midwest, Inc.'s claim against James A. Jalovec, finding for the Plaintiff and against the Defendant.

   **IT IS ORDERED AND ADJUDGED,** that the total amount recoverable by the Plaintiff James A. Jalovec, from the Defendant Synagro Midwest, Inc., is Five Hundred Fifty Seven Thousand Eight Hundred and Thirty Dollars ($557,830.00), together with taxable costs and disbursements.

October 11, 2007                                               JON W. SANFILIPPO
Date                                                                   Clerk

                                                                                 s/ V. Kelly Barton Terry
APPROVED : s/Aaron E. Goodstein                  (By) Deputy Clerk
        United States Magistrate Judge